## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RHC/SPACEMASTER CORPORATION, ) | Chapter 11 |
| et al., ) | Case No. 03 B 06210 |
| Debtors. ) | (Jointly Administered) |
| ) | |
| LEPETOMANE IX, INC., not individually ) | |
| but solely as Liquidation Trustee of the ) | Hon. Jacqueline P. Cox |
| Liquidation Trust dated April 1, 2004, ) | |
| ) | |
| Plaintiff, ) | Adversary No. 05-00549 |
| v. ) | |
| ) | |
| R.K. JACKSON LOGISTICS, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF JUDGMENT

On August 29, 2006, judgment was entered by this Court in favor of Plaintiff, LePetomane IX, Inc., not individually but solely as Liquidation Trustee of the Liquidation Trust dated April 1, 2004, and against Defendant, R.K. Jackson Logistics, whose addresses are as follows:

Thomas E. Sullivan
Law Office of Thomas E. Sullivan
1776 S. Naperville Road
Wheaton, IL 60187

R.K. Jackson Logistics, Inc.
C/O Reggie Jackson
44 Chamisa Road, Suite A
Covington, GA 30016

A judgment was entered in the amount of $28,124.47, plus prejudgment interest at the rate of 2.50% from and after February 8, 2005 to the date of the entry of such judgment, plus post-judgment interest, at the applicable statutory rate, from the date of entry of such judgment.

Dated: 2/20/07

*/s/ Jacqueline P. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge